UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCUS VEGORIO ROBINSON,<br>　　　　Petitioner,<br>　　v.<br>J. WALKER,<br>　　　　Respondent. | Case No. CV 10-00422 R (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the accompanying Order Dismissing Habeas Petition As Time-Barred.

Dated: August 10, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE